HONORABLE ROBERT LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW W. DEBENEDETTI,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:20-cv-1870 RSL<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES |

THIS MATTER having come before the court on October 15th 2021, the Court having considered the joint motion to extend deadlines, and the Court having considered the court file and pleadings herein, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. The Joint Motion to Extend Deadlines is GRANTED;

2. All current discovery, settlement conference and dispositive motion dates have been stricken.

3. The new deadlines have been extended to December 22, 2021, January 4, 2022, and January 21, 2022, respectively.

4. _____

ORDER GRANTING JOINT MOTION TO
EXTEND DEADLINES
- 1

DAVIS ROTHWELL
EARLE & XÓCHIHUA, P.C.
701 5th Ave , Suite 5500
Seattle, Washington, 98104
Phone: (206) 622-2295

DATED:            October 18, 2021.

*[signature: M S Lasnik]*

JUDGE ROBERT LASNIK

Presented by:

DAVIS ROTHWELL EARLE & XOCHIHUA

By: */s Keith Liguori*
Keith M. Liguori, WSBA #51501
kliguori@davisrothwell.com
Colin R. Crug, WSBA #52743
ccrug@davisrothwell.com
William G. Earle, #25590
wearle@davisrothwell.com
*Attorneys for USAA Casualty Insurance*

DAVID A. NAUHEIM, WSBA #41880

By: */s David Nauheim*
David A. Nauheim, WSBA#41880
davidnauheim@gmail.com
*Attorney for Plaintiff*