UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW W. DEBENEDETTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　Defendant. | NO. 2:20-CV-1870 RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED among Plaintiff MATTHEW W. DEBENDETTI and Defendants USAA CASUALTY INSURANCE COMPANY, that all claims and counterclaims among all parties may be dismissed in their entirety with prejudice and without costs.

DATED this 8th day of November 8, 2021　　　DATED this 8th day of November 8, 2021

　s/ David Nauheim　　　　　　　　　　　　　　/s/ Keith M. Liguori
David A. Nauheim, WSBA No. 41880　　　Keith M. Liguori , WSBA No. 51501
Attorney for Plaintiff　　　　　　　　　　　Attorney for Defendant USAA Casualty
Matthew W. Debendetti　　　　　　　　　　Insurance Company

STIPULATION AND ORDER FOR DISMISSAL - 1

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE , SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**

## II. ORDER OF DISMISSAL

THIS MATTER having come before the Court, pursuant to the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled claims are hereby dismissed in their entirety with prejudice and without costs.

DATED   November 24, 2021   .

_____
JUDGE/COURT COMMISSIONER

STIPULATION AND ORDER FOR DISMISSAL
- 2

**DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.**
701 5TH AVE , SUITE 5500
SEATTLE, WA 98104
(206) 622-2295